AO 256 (Rev. 2/86)

CRIMINAL DOCKET - U.S. District Court

PO ☐ | Misd. X | Felony ☐

District: 97X | Off: 4 | Assigned Judge/Magistr.: 7XJH

U.S. vs. KELLY, GEORGE C. JR. (LAST, FIRST, MIDDLE)

Case Filed: Mo. 06 Day 27 Yr. 89

Docket No. 027

I. CHARGES

| U.S. TITLE/SECTION | OFFENSES CHARGED | ORIGINAL COUNTS |
|---|---|---|
| 18:641 | THEFT | 2 |
| 18:13 | MALICIOUS MISCHIEF | 1 |
| AS11.46.484 | | |

CASE CLOSED

SUPERSEDING COUNTS

II. KEY DATE

INTERVAL ONE — KEY DATE: EARLIEST OF: arrest / sum'ns / custody / appears—on complaint

END ONE AND/OR BEGIN TWO (OR RESTART PERIOD TO TRIAL) — KEY DATE: 6/27/89 APPLICABLE

XX Information

END INTERVAL TWO — KEY DATE: APPLICABLE

III. MAGISTRATE

OUTCOME:

Show last names and suffix numbers of other defendants on same indictment/information:

ATTORNEYS

U. S. Attorney or Asst.

(907) 377-4114
Cpat. Robin Caillouet

Office of the Staff Judge Advocate
343d Combat Support Group
Eielson AFB, AK 99702-5000

Defense: 1 ☐ CJA. 2 ☐ Ret. 3 ☐ Waived. 4 ☐ Self. 5 ☐ Non / Other. 6 X PD. 7 ☐ CD

Sidney Billingslea
Federal Public Defender
800 A Street, Room 205
Anchorage, AK 99501
(907)271-2277

SPEEDY TRIAL DATES

First Day: August 6, 1989
Last Day: September 15, 1989

IV. NAMES & ADDRESSES OF ATTORNEYS, SURETIES, ETC.

BAIL • RELEASE — PRE-INDICTMENT / POST-INDICTMENT

FINE AND RESTITUTION PAYMENTS

X Docket Entries Begin On Reverse Side

| DATE | RECEIPT NUMBER | C.D. NUMBER | DATE | RECEIPT NUMBER | C.D. NUMBER |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |

APPEALS FEE PAYMENTS

INDEXED

| DATE | DOCUMENT NO. | V. PROCEEDINGS | VI EXCLUDABLE DELAY Start Date / End Date | Ltr. Code | Total Days |
|---|---|---|---|---|---|
| 1989 | | | | | |
| Jun 27 | 1 | Fld Information | | | |
| 28 | 2 | Fld MIN ORD setting arraignment for 7/7/89 at 10:00 AM, cc: AUSA/SAUSA, Mshl, Prob. Issued Summons | | | |
| 29 | 3 | Fld Executed Summons w/rtn dtd 6/29/89 | | | |
| Jul 10 | 4 | Fld CRT MINS DTD 7/7/89 re: Initial Appearance, released on $500 unsecured bond. Plea of Not Guilty, Sidney Billingslea (FPD) appointed. Pretrial conference set for 7/28/89 at 10:30 AM, cc: csl, mshl, prob. | | | |
| 10 | 5 | Fld Def's Consent to Proceed Before U.S. Magistrate | | | |
| 10 | 6 | Fld Def's Financial Affidavit | | | |
| 10 | 7 | Fld Order Setting Conditions of Release, cc: csl, mshl, prob. | | | |
| 10 | 8 | Fld Appearance Bond | | | |
| 10 | 9 | Fld Order re: Preparation for Trial cc: csl | | | |
| 11 | | Notified Magistrate Aschenbrenner of 1st & last day for trial under Speedy Trial Act, cc: Mitchel | | | |
| * 28 | 10 | Fld Judgment including Sentence under the Sentenceing Reform Act, probation for 2 yrs, impr 5 days, fine $100.00 cc: csl, def, mshl, prob. CASE CLOSED | | | |
| 31 | 11 | Fld Executed Mshl Rtn on Judgment w/rtn dtd 7/29/89 | | | |
| * 28 | 9a | Fld CRT MINS re: Imposition of Sentence | | | |
| * 28 | 9b | Fld Plea Agreement pursuant to rule 11(e)(1)(C) | | | |

MASTER DOCKET - MULTIPLE DEFENDANT CASE
PROCEEDINGS DOCKET FOR SINGLE DEFENDANT
PAGE ___ OF ___
Yr. | Docket No. | Def.
(OPTIONAL) Show last names of defendants

LETTER CODES

For identifying periods of excludable delay per 18 USC 3161 (h) [Sections in brackets]

A Exam or hearing for mental/physical incapacity (18 USC 4244) [(1) (A)]

B NARA exam (18 USC 2902) [(1) (B)]

C State/Fed.l proceedings on other charges [(1) (D)]

D Interlocutory appeal [(1)(E)]

E Pretrial motion (from filing to hearing or to other prompt disposition) [(1)(F)]

F Transfer from other district per FRCrP 20.21 or 40 or Mag. Rule 6a [(1)(G)]

G Proceedings under advisement, not to exceed 30 days, after all necessary submissions filed and hearings completed [(1)(J)]

H Misc. proceedings: arraignment, parole/probation, revocation, Deportation, extradition [(1)]

5 Deferral of prosecution (per 28 USC 2902) [(1)(C)]

6 Transportation from another district or to/from examination or hospitalization in 10 days or less [(1)(H)]

7 Consideration by Court of proposed plea agreement [(1)(I)]

I Prosecution deferred by mutual agreement [(2)]

M Unavailability of defendant or essential witness [(3)(A,B)]

N Period of mental/physical incompetence of def. to stand trial [(4)]

O Period of NARA commitment/treatment [(5)]

P Superseding indictment and/or new charges [(6)]

R Def. awaiting trial of co-defendant & no severance has been granted [(7)]

T Continuances granted per (h)(8) use "T" alone if more than one of the following reasons (T1 thru T4) is given in support of contiuance [(8)(A,B)]

T1 Failure to continue would stop further proceedings or result in miscarriage of justice [(8)(B,iii)]

T2 Case unusual or complex [(8)(B,ii)]

T3 Indictment following arrest can't be filed in 30 days [(8)(B,iv)]

T4 Continuance granted to obtain or substitute counsel, or give reasonable time to prepare [(8)(B,iv)]

U Time up to withdrawal guilty plea, 3161(i)

W Grand Jury indictment time extended 30 more days, 3161 (b)

CONTINUED TO PAGE ___